**Motion Granted in Part and Order filed November 8, 2022**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-22-00196-CV**

———————

**DOMINIC MONARITI, Appellant**

**V.**

**ANTHONY MONARITI AND CATERINA TORRESS NEE MONARITI,**
**Appellees**

**On Appeal from Probate Court No. 2**
**Harris County, Texas**
**Trial Court Cause No. 486937**

## O R D E R

Appellant's brief was originally due **May 16, 2022.** We have granted a total of 90 days to file appellant's brief, until August 29, 2022. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed by the due date. On September 27, 2022, we ordered appellant to file a brief by October 27, 2022, or the appeal would be subject to dismissal for want of prosecution. No brief was filed by the due date. On October 28, 2022, a further extension of time was requested. The motion is GRANTED IN PART.

We order appellant to file a brief with this court within thirty (30) days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM


Panel Consists of Justices Wise, Jewell and Poissant.